# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONEY A. GALLO

NO. 2020 KW 1144

**JANUARY 14, 2021**

---

In Re:    Toney A. Gallo, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801969.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Tangipahoa Parish reflects the district court granted relator's Motion for Boykin Guilty Plea Transcripts on September 29, 2020.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT